ACCEPTED
03-14-00819-cv
4916969
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/16/2015 1:36:31 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00819-CV

IN THE COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/16/2015 1:36:31 PM
JEFFREY D. KYLE
Clerk

*Judy Weirich*

*v.*

*IESI Corp. and Southside Wrecker, Inc.*

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

Appellant Judy Weirich, respectfully present this motion to extend time to file her brief pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d). In support of her motion, Appellant would show the Court as follows:

**I.**

Appellant's counsel attempted to timely file Appellant's brief on April 8, 2015. Please refer to copy of email message to counsel's electronic service provider attached as Exhibit "A".

However, for reasons unknown to Appellant's counsel, the electronic service provider did not receive Appellant's brief as intended and consequently, the brief was not timely filed.

**II.**

For this reason, the undersigned was not able to timely file the Appellant's brief by its current due date of April 8, 2015 and files it simultaneously with this Motion. The only difference in the original filing and the brief filed on this date is the addition of the Certificate of Compliance which was inadvertently omitted from the previous brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the Court grant her motion for extension of time in which to file her brief and that the Court grant such other and further relief to which Appellant may show herself to be justly and equitably entitled.

Respectfully submitted,

**ZACHARY P. HUDLER, P.C.**

By: /S/ Zachary P. Hudler
    Zachary P. Hudler
    State Bar No. 24032318
    P.O. Box 1728
    100 E. Pecan Street, Suite One
    Johnson City, Texas 78636
    830.868.7651 (Telephone)
    830.868.7636 (Facsimile)
    Zachary@hudlerlaw.com
    ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Appellant conferred with IESI Corp.'s attorney Vaughan Waters and Southside Wrecker Inc.'s attorney George Petras by email and telephone on April 9, 2015 regarding the merits of this Motion. Counsel for IESI Corp. Vaughan Waters stated that he was not opposed to this request. Counsel for Southside Wrecker Inc. George Petras responded and stated that he was not opposed to this request. This motion is being presented for the court's consideration.

/S/ Zachary P. Hudler
Zachary P. Hudler

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to counsel listed below in the following manner on this the 9th day of April, 2015.

**VIA E-SERVICE**
Mr. George J. Petras IV
The Petras Law Firm
1504 San Antonio Street
Austin, Texas 78701
Attorney for Southside Wrecker, Inc.
gpetras@petraslawfirm.com

**VIA E-SERVICE**
Mr. Vaughan Waters
Thorton, Biechlin, Segrato, Reynolds & Guerra, L.C.
100 N.E. Loop 410
San Antonio, Texas 78216
Attorneys for IESI Corporation
vwaters@thortonfirm.com

/S/ Zachary P. Hudler
Zachary P. Hudler

## FIling in 3rd Court of Appeals

Laurie Clarke

**Sent:** Wednesday, April 08, 2015 4:28 PM
**To:** intake@fileandservexpress.com
**Attachments:** Brief of Appellant.Weirich.pdf (62 KB) ; Authorization Fillable-For~1.pdf (144 KB)

Please file the attached Appellant's Brief with the Texas 3rd Court of Appeals. This brief is due today, please call the office number listed below or my personal cell phone (830.225.0318) if there is any problems with this filing.

Laurie Clarke

Paralegal to

Zachary P. Hudler

100 East Pecan Street, Suite One

Johnson City, Texas 78636

830.868.7651 Telephone

830.868.7636 Facsimile



EXHIBIT

A